IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN TODD FULSAAS,  No. 3:17-cv-00296-PK

        Plaintiff,  ORDER

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Paul Papak issued a Findings and Recommendation ("F&R") [24] on March 22, 2018, in which he recommends that the Court reverse the Commissioner's final decision denying Mr. Fulsaas's application for Supplemental Security Income and remand this case for an immediate award of benefits.

    Because neither party timely filed an objection to the Magistrate Judge's F&R, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d

1 – ORDER

1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's F&R [24]. Accordingly, the Commissioner's final decision denying Mr. Fulsaas's application for Supplemental Security Income is reversed and this case is remanded for an immediate award of benefits.

IT IS SO ORDERED.

DATED this \_\_\_9\_\_\_ day of \_\_May_____, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge