UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| STEVEN FULSAAS | ) | Case No.: 3:17-cv-00296-PK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, an attorney fee in the amount of $6,966.37 is awarded to Plaintiff. It is

ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct.

2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address

at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then

the check for any remaining funds after offset of the debt shall be made payable to

Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

///

Page 3 – PETITION FOR EAJA FEES

IT IS SO ORDERED:  7/10/18

UNITED STATES DISTRICT JUDGE
Magistrate

Proposed Order submitted:                    Date:   June 28, 2018

George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Steven Fulsaas